AO 450 (Rev. 5/85) Judgment in a Civil Case ⊕

# UNITED STATES DISTRICT COURT

\*\*\*\*\*          DISTRICT OF    NEVADA

JONATHAN MEDRANO-ALFARO,

      Plaintiff,          JUDGMENT IN A CIVIL CASE
V.

      CASE NUMBER: **3:07-cv-00360-RCJ-VPC**

NEVADA SYSTEM OF HIGHER
EDUCATION, a state entity,

      Defendants.

___   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

___   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**X**   **Decision by Court.** This action came to be considered before the Court. The issues have been considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that Defendant's Motion for Summary Judgment (Dkt #22) is GRANTED in its entirety. Judgment is entered in favor of Defendant and against Plaintiff.

  OCT 14, 2009          **LANCE S. WILSON**
                                      Clerk

                                       /s/ P. McDonald
                                       Deputy Clerk